UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | MJ. NOS. 3:10MJ222 (HBF) |
| | : |            3:10MJ221 (HBF) |
| SEALED SEARCH WARRANT | : | |

**ORDER DIRECTING THE GOVERNMENT TO PUBLICLY FILE**
**REDACTED WARRANT MATERIALS AND UNSEALING ORDER**

By ruling dated April 9, 2015, the Court granted the New York Times' request to unseal certain warrant materials, as outlined in the government's[1] February 13, 2015 letter to the Court. See 3:10-mj-00221-HBF, Doc. #5; 3:10-mj-00222-HBF, Doc. #10. However, prior to ordering the public filing of the redacted warrant materials, the Court provided Diamondback Capital Management time to review the redacted warrant materials and propose additional redactions. By email dated April 22, 2015, the Court received notice that Diamondback requests no further redactions.

Therefore, the Court ORDERS counsel for the government to publicly file the redacted warrant materials.

**Case Number 3:10-mj-00221-HBF shall be UNSEALED, except that Docket Numbers 1 through 4 shall remain SEALED from public view.**

**Case Number 3:10-mj-00222-HBF shall be UNSEALED, except that Docket Numbers 1 through 9 shall remain SEALED from public view.**

---

[1] Harry Charnoff, Assistant United States Attorney for the Southern District of New York has corresponded on behalf of the government in this matter.

1

The clerk of the court is directed to unseal these cases as ordered herein. The government will publicly file the redacted warrant materials within seven days of the cases' unsealing.

This is not a recommended ruling.  This is a non-dispositive ruling and order which is reviewable pursuant to the "clearly erroneous" statutory standard of review.  28 U.S.C. § 636 (b)(1)(A); Fed. R. Crim. P. 59(a).  As such, it is an order of the Court unless reversed or modified by the district judge upon motion timely made.

SO ORDERED at Bridgeport this 1st day of May 2015.

__/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE